IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18CR175 |
| v. | |
| KHIRY A. WEBSTER, | ORDER |
| Defendant. | |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 70). The government requests the Court dismiss the Amended Petition for Offender Under Supervision (Filing No. 52) and the Second Amended Petition for Offender Under Supervision (Filing No. 65) without prejudice as to defendant Khiry A. Webster. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss (Filing No. 70) is granted.
2. The Amended Petition for Offender Under Supervision (Filing No. 52) and the Second Amended Petition for Offender Under Supervision (Filing No. 65) are hereby dismissed without prejudice.
3. Khiry A. Webster's previously imposed conditions of supervision remain in effect.

Dated this 2nd day of March 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge